United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**BRENDA L. MARTIN**
                    Plaintiff

        VS.                    8:05-CV-536 (VEB)

**JOANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**

                    Defendant

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Defendant's Motion for Judgment on the Pleadings is granted, further ordered that the Plaintiff's Motion for Judgment on the Pleadings is denied.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini dated the 8th day of February, 2008.


**FEBRUARY 8, 2008**                    **LAWRENCE K. BAERMAN**

**DATE**                                    **CLERK OF COURT**

                                              s/


                                          **JOANNE BLESKOSKI**
                                          **DEPUTY CLERK**